UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENNETH REDDIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-01211 |
| | ) |
| CLEVELANDER SOUTH BEACH | ) |
| BREW, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 16) recommending that the Court dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and deny Plaintiff Kenneth Reddit ("Reddit")'s Motion to Transfer (Doc. No. 2) and Defendant Cleveland South Beach Brew, Inc.'s ("CSBB") Motion to Dismiss (Doc. No. 11) as moot. Reddit has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See Doc. No. 16 at 9).

Having reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that: (1) Reddit is at fault for failing to comply with the Court's order requiring him to respond to CSBB's Motion to Dismiss; (2) Reddit's "failure to take any steps to advance the litigation" prejudices the defendants; and (3) Reddit has been warned by this Court that his continued failures to respond could result in dismissal of his claims, making Rule 41(b) dismissal appropriate.[1] (See id. at 6–9).

---

[1] As the Magistrate Judge correctly notes, the parties agree that venue is improper. (See Doc. Nos. 2, 12). This serves as a separate basis for dismissal or transfer. Still, given that venue is not a jurisdictional requirement that dictates the "power to adjudicate" such that it need be addressed as a threshold matter, the Court finds the Magistrate Judge's decision to dismiss this case under Rule

Accordingly, the R&R (Doc. No. 16) is **APPROVED AND ADOPTED**, and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b). Further, Reddit's Motion to Transfer (Doc. No. 2) and CSBB's Motion to Dismiss (Doc. No. 11) are both **DENIED AS MOOT**. This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

---

41(b) appropriate, rather than on improper venue grounds, appropriate. Still v. Rossville Crushed Stone Co., 370 F.2d 324, 325 (6th Cir. 1966) (venue "relates to the place where judicial authority may be exercised" and "is intended for the convenience of the litigants").